IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JODY ANDERSON,

    Plaintiff,

v.

    Case No.: 3:17-cv-00212

NANCY BERRYHILL,
Acting Commissioner of
Social Security,

    Defendant.

## **ORDER**

This matter is before the Court on the parties' Stipulation to Remand, and the Court being duly advised, now grants the motion.

It is hereby ORDERED that this case be remanded to the Agency pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings and that judgment be entered pursuant to Federal Rule of Civil Procedure 58.

On judicial remand, the Appeals Council will remand the matter to an Administrative Law Judge (ALJ) with instructions to offer Plaintiff an opportunity for a hearing and to issue a new decision that reevaluates Plaintiff's medically determinable impairments, the medical opinions of record, and her residual functional capacity.

Dated: OCTOBER 9, 2017

_____
Judge, United States District Court
Western District of Wisconsin

Distribution to all registered counsel of record via CM/ECF